DANIEL HILL
HILL FIRM PLLC
Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
Phone: 702-848-5000
Fax: 702-442-8338
dan@hillfirmlawyers.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE TAGGERT,<br><br>Defendant. | Case No. 2:20-mj-01024-BNW<br><br>JOINT STATUS REPORT |

The United States of America, through Rachel Kent, Esq., Assistant United States Attorney, together with Daniel Hill, Esq., counsel for defendant Luke Taggert, jointly report as follows:

1. Mr. Taggert has completed all requirements ordered by the Court.

2. The parties move the Court to permit Mr. Taggert to withdraw his plea of guilty to DUI, and the government moves the Court to amend the count to reckless driving, a violation of 36 CFR 4.2 and NRS 484B.653.

///

///

///

///

1

3. The parties stipulate to allow Mr. Taggert to plead guilty to the amended count of reckless driving, and jointly recommend that the original sentence be applied to the amended count and that this matter be closed.

DATED this 20th day of September 2021.

*/s/ Daniel Hill*

_____
Daniel Hill, Esq.
Counsel for Defendant

*/s/ Rachel Kent*

_____
Rachel Kent, Esq.
Counsel for the United States

### Order

**IT IS SO ORDERED**

**DATED:** 10:36 am, September 21, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**